IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBISONWALKER INTERNATIONAL, INC., | Case No. 2:25-cv-01281 |
| Plaintiff, | |
| v. | |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, | |
| Defendants. | |

**PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S
MOTION FOR PRELIMINARY INJUNCTION**

For the reasons stated in its Brief in Support filed contemporaneously herewith, Plaintiff HarbisonWalker International, Inc. ("HWI"), by and through its undersigned counsel, files this Motion for Preliminary Injunction against Defendants Andrew Petershagen ("Petershagen") and Plibrico Company, LLC ("Plibrico"). HWI has served its Complaint, this Motion for Preliminary Injunction and its Brief in Support via email on Petershagen and Plibrico (through its last known counsel) and will initiate personal service efforts on both Defendants immediately after filing. HWI respectfully requests the Court promptly schedule an expedited discovery period, to be following by a hearing on this motion and, after such hearing, enter a preliminary injunction as follows:

1. Enjoining and restraining the Defendants from using or disclosing any of HWI's trade secret, proprietary or otherwise confidential information, including, without limitation, the Misappropriated Proprietary Information, as defined in HWI's moving papers;

2. Enjoining and restraining Defendants from directly or indirectly engaging in any conduct or activity contrary to the terms of Petershagen's Employment Agreement, including its non-competition, non-solicitation and confidentiality provisions.

3. enjoining and restraining Petershagen from providing services to Plibrico (i) in the Texas Gulf Coast region, stretching from Beaumont, Texas, to Corpus Christi, Texas; (ii) in the "South Region" designated by Plibrico; and (iii) any other geographic markets in which HWI has done business or sought to do business within the United States within the last 24 months of his employment with HWI;

4. Enjoining and restraining Plibrico from interfering with HWI's Employment Agreement with Petershagen;

5. Directing Defendants immediately to return to HWI all trade secret, proprietary and otherwise confidential information belonging or relating to HWI and its business that are within their possession, custody and control; and

6. Ordering any other relief that is just and proper under the circumstances.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: */s/ Fridrikh V. Shrayber*
    Fridrikh V. Shrayber
    (Pa. Id. No. 208083)
    Marcus B. Schneider
    (Pa. Id. No. 208421)

625 Liberty Avenue
Pittsburgh, PA  15222-3152
Phone:  (412) 297-4900
Fax:     (412) 209-1975
Email:  fred.shrayber@dentons.com
        marcus.schneider@dentons.com

Dated:  August 20, 2025

*Counsel for Plaintiff,*
*HarbisonWalker International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing **PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all parties of record. I hereby certify that I have e-mailed and mailed by U.S. Postal Service, First-Class Mail, the document to the following non-CM/ECF participants:

Andrew Petershagen
11502 Dorrance Lane
Meadows Place, Texas 77477
andrew.petershagen@gmail.com


Darin M. Williams, Esq.
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, IL 60654
dwilliams@lanermuchin.com
*Counsel for Defendant Plibrico Company, LLC*


/s/ Fridrikh V. Shrayber