**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARBISONWALKER INTERNATIONAL, INC., | ) ) ) | Case No. 2:25-cv-01281 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S
MOTION FOR EXPEDITED DISCOVERY AND SCHEDULING ORDER**

For the reasons stated in its Brief in Support filed contemporaneously herewith, Plaintiff HarbisonWalker International, Inc. ("HWI"), by and through its undersigned counsel, files this Motion for Expedited Discovery and Scheduling Order. HWI respectfully requests that the Court enter the following expedited preliminary discovery schedule to permit sufficient time for HWI to conduct the Proposed Discovery prior to a hearing on its Motion for Preliminary Injunction:

    a. Defendant Andrew Petershagen respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents directed to Defendant Andrew Petershagen within two weeks of the filing of this Motion;

    b. Defendant Plibrico Company, LLC respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents directed to Defendant Plibrico Company, LLC within two weeks of the filing of this Motion;

c.  Plaintiff may conduct a deposition of Andrew Petershagen, not to exceed three hours in length, pursuant to Rule 30 of the Federal Rules of Civil Procedure on a mutually agreeable date within four weeks of the filing of this Motion; and

d.  Plaintiff may conduct a deposition of Plibrico pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on a mutually agreeable date within four weeks of the filing of this Motion.

WHEREFORE, HWI respectfully requests the Court grant this Motion for Expedited Discovery and Scheduling Order and enter the attached Proposed Order setting forth dates for the occurrence of an initial status conference, completion of expedited discovery, the occurrence of a pre-hearing status conference and an evidentiary hearing on HWI's Motion for Preliminary Injunction.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: */s/ Fridrikh V. Shrayber*
      Fridrikh V. Shrayber
      (Pa. Id. No. 208083)
      Marcus B. Schneider
      (Pa. Id. No. 208421)

625 Liberty Avenue
Pittsburgh, PA  15222-3152
Phone:  (412) 297-4900
Fax:  (412) 209-1975
Email:  fred.shrayber@dentons.com
       marcus.schneider@dentons.com

Dated:  August 20, 2025

*Counsel for Plaintiff,*
*HarbisonWalker International, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing **PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S MOTION FOR EXPEDITED DISCOVERY AND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all parties of record. I hereby certify that I have e-mailed and mailed by U.S. Postal Service, First-Class Mail, the document to the following non-CM/ECF participants:

Andrew Petershagen
11502 Dorrance Lane
Meadows Place, Texas 77477
andrew.petershagen@gmail.com


Darin M. Williams, Esq.
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, IL 60654
dwilliams@lanermuchin.com
*Counsel for Defendant Plibrico Company, LLC*


*/s/ Fridrikh V. Shrayber*