IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARBISONWALKER INTERNATIONAL,
INC.,

         Plaintiff,

v.

ANDREW PETERSHAGEN and
PLIBRICO COMPANY, LLC,

         Defendants.

Civil Action No. 25-1281

**ELECTRONICALLY FILED**

## **SCHEDULING ORDER OF COURT**

AND NOW, this 22nd day of August, 2025, in light of Plaintiff's Motion for Preliminary Injunction (Doc. 2), it is hereby ORDERED that:

1. Hearing and argument on Plaintiff's Motion for Preliminary Injunction shall take place on Wednesday, September 10, 2025, at 12:30 P.M., in Courtroom 7C.

2. Plaintiff must promptly serve this Order and all pleadings filed in this case, to date, upon Defendant and file affidavit(s) of service upon completion of service.

3. All parties shall file a Memorandum of Law, not to exceed 10 pages, on or before Friday September 5, 2025 at 4:00 PM.

4. Plaintiff shall file additional supporting affidavits by 12:00 PM (Noon), on Tuesday, August 26, 2025.

5. Defendants shall file an Answer and appropriate Response to the Motion for Preliminary Injunction (Doc. 2) (with counter-affidavit(s)) by 12:00 PM (Noon), on Friday, August 29, 2025.

6. The Parties shall file the required Rule 26(f) Report on or before 12:00 PM (Noon), on Tuesday, August 26, 2025.

7. The Parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before 4:00 PM, on Tuesday, September 2, 2025.

8. The Parties (including any third party served with this Order) shall exchange all documents/information relevant to Plaintiff's Motion and/or Defendants' Response on or before 4:00 PM, on Tuesday, September 2, 2025.

9. All Parties shall preserve all relevant documents/information, including ESI.

10. The Parties shall engage in limited discovery to be completed by Friday, September 5, 2025.

11. Plaintiff and Defendants may take up to ten (10) hours of depositions on or before Friday, September 5, 2025.  Any depositions shall be scheduled so that the Party taking the deposition alternates (i.e. Plaintiff takes a deposition; Defendant takes a deposition, etc.), unless otherwise agreed to by counsel.

12. All depositions shall occur in Pittsburgh, Pennsylvania, unless otherwise agreed to by counsel.

13. The Parties are directed to Alternative Dispute Resolution with mediator Arthur Stroyd, on Tuesday, September 9, 2025.  *See* LCvR 16.2.  Plaintiff and Defendants shall each pay 50% of the fees and costs for mediation.

14. The Parties are directed to file an appropriate ADR Stipulation by 12:00 PM (Noon), on Tuesday, August 26, 2025.

15. The Parties shall meet and confer on Wednesday, September 10, 2025, at 9:00 AM, in the Jury Room of Courtroom 7C, and attempt to reach an agreement on the terms of a preliminary injunction (if any), and work out an appropriate discovery schedule.  All persons necessary for meaningful settlement discussions MUST attend this conference.

16. At the preliminary injunction hearing on Wednesday, September 10, 2025 at 12:30 P.M., all direct testimony shall be by the affidavit(s) previously filed.  Each Party shall have up to one and one half (1 and ½) hours to present testimony by cross-examination and rebuttal.  Each Party shall have up to ten (10) minutes to present closing arguments.

                s/ Arthur J. Schwab
                Arthur J. Schwab
                United States District Court Judge

cc:    All ECF Counsel of Record