**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HARBISONWALKER INTERNATIONAL, INC., ) ) ) | Case No. 2:25-cv-01281-AJS |
| Plaintiff, ) ) | Judge Arthur J. Schwab |
| v. ) ) | |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, ) ) ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER OF COURT

AND NOW, this 29nd day of August, 2025, it is hereby ORDERED that:

1. Hearing and argument on Plaintiff's Motion for Preliminary Injunction shall take place on **Wednesday, September 24, 2025, at 9:00 A.M**., in Courtroom 7C.

2. All parties shall file a Memorandum of Law, not to exceed 10 pages, on or before Friday September 12, 2025, at 4:00 PM.

3. Defendants shall file an Answer and appropriate Response to the Motion for Preliminary Injunction (Doc. 2) (with counter-affidavit(s)) by 12:00 PM (Noon), on Friday, September 5, 2025.

4. The Parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before 4:00 PM, on Friday, September 5, 2025.

5. The Parties (including any third party served with this Order) shall exchange all documents/information relevant to Plaintiff's Motion and/or Defendants' Response on or before 4:00 PM, on Friday, September 5, 2025.

6. All Parties shall preserve all relevant documents/information, including ESI.

7. The Parties shall engage in limited discovery to be completed by Friday, September 12, 2025.

8. Plaintiff and Defendants may take up to ten (10) hours of depositions on or before Friday, September 12, 2025. Any depositions shall be scheduled so that the Party taking the deposition alternates (i.e. Plaintiff takes a deposition; Defendant takes a deposition, etc.), unless otherwise agreed to by counsel.

9. All depositions shall occur in Pittsburgh, Pennsylvania, unless otherwise agreed to by counsel.

10. The Parties are directed to Alternative Dispute Resolution with mediator Arthur Stroyd, on **Thursday, September 18, 2025**. *See* LCvR 16.2. Plaintiff and Defendants shall each pay 50% of the fees and costs for mediation.

11. The Parties shall meet and confer on **Wednesday, September 24, 2025, at 8:00 AM**, in the Jury Room of Courtroom 7C, and attempt to reach an agreement on the terms of a preliminary injunction (if any), and work out an appropriate discovery schedule. All persons necessary for meaningful settlement discussions MUST attend this conference.

/s/ Arthur J. Schwab  
Arthur J. Schwab  
United States District Court Judge

cc: All ECF Counsel of Record