IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBISONWALKER INTERNATIONAL, INC., | ) ) ) Case No. 2:25-cv-01281-AJS |
| Plaintiff, | ) ) ) Judge Arthur J. Schwab |
| v. | ) ) |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S
RESPONSE TO DEFENDANT PLIBRICO COMPANY, LLC'S
<u>MOTION FOR MODIFICATION OF ORDER</u>**

Plaintiff HarbisonWalker International, Inc. ("HWI") submits this Response to Defendant Plibrico Company, LLC's ("Plibrico") Motion for Modification of Order (ECF 46) (the "Motion").

On September 8, 2025, this Court entered an order that provides as follows:

If the case is not fully and completely settled, as to all parties and all issues, at the upcoming ADR settlement conference, with Mediator Arthur Stroyd at today's Zoom conference, on Monday, September 8, 2025, pursuant to the Order of Court at ECF [39], chief trial counsel for each party, together with the chief principal of each party including the individual defendant, shall attend a status conference, IN PERSON, in Courtroom 7C, at the federal courthouse in Pittsburgh, PA, on Wednesday, September 10, 2025, at 1:00 pm, Pittsburgh time (EST).

(Order of Court (ECF 44).)  The Court's Order makes clear the Court's view that it is important for both parties and their counsel to attend the status conference *in person*.

On the evening of September 8, 2025, Plibrico filed a motion requesting that the status conference be postponed by one day and that its principal, Brad Taylor, be permitted to participate via teleconference.  In its Motion, Plibrico asserts that it conferred with HWI and provided notice of its intent to file its Motion, and that HWI "objects to the requested relief."

1

Plibrico's Motion does not accurately reflect HWI's position. First, counsel for Plibrico never advised HWI's counsel that it sought to delay the September 10, 2025 status conference. Nor did Plibrico's counsel advise HWI's counsel during the September 8 mediation that Plibrico's willingness to participate in a continued mediation on September 9 would prevent it from appearing for the Court's status conference on September 10. Indeed, HWI's counsel expressly advised Plibrico's counsel during the September 8 mediation that it would only agree to continue the mediation session on September 9 if it did not interfere with the parties' ability to attend the September 10 in-person status conference, if necessary.

Second, in response to Plibrico's request that its principal be excused from attending in person the September 10 status conference, HWI proposed a compromise that it believes would address the legitimate concerns of the parties while ensuring that all parties and counsel appear in person:

> I am following up on your request for HWI's position concerning Plibrico's request to excuse the in-person attendance of its principal representative from the Wednesday conference with the Court.
>
> We think that the Court's Order makes very clear that the Judge believes that it is important and wants the parties and counsel to appear in person. We understand from you that Mr. Taylor has extenuating circumstances that require him to be in Florida with his ailing father. We would propose that Mr. Taylor designate another high-level Plibrico employee with full settlement authority to attend in his place.
>
> In fact, the head of HWI, Ross Wilkin, is currently overseas, and we intend to request permission from the Judge to allow Mr. Wilkin to designate someone else from HWI with full authority to attend in his place.

Plibrico's counsel never responded to HWI's counsel's proposal. Instead, Plibrico filed its Motion with the Court.

HWI respectfully submits that its proposal – i.e., that both HWI and Plibrico be permitted to designate a corporate representative with full settlement authority to attend the September 10

2

status conference given the unavailability of those parties' principals – is a fair compromise that ensures the in-person attendance of all parties and counsel while accommodating the parties' legitimate scheduling conflicts.  Accordingly, HWI requests that the Court deny, in part, Plibrico's Motion and allow the parties to designate a corporate representative with full settlement authority to attend the September 10 status conference.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: */s/ Fridrikh V. Shrayber*
Fridrikh V. Shrayber
(Pa. Id. No. 208083)
Marcus B. Schneider
(Pa. Id. No. 208421)

625 Liberty Avenue
Pittsburgh, PA  15222-3152
Phone: (412) 297-4900
Fax:    (412) 209-1975
Email: fred.shrayber@dentons.com
           marcus.schneider@dentons.com

Dated:  September 8, 2025

*Counsel for Plaintiff,
HarbisonWalker International, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I electronically filed the foregoing **PLAINTIFF HARBISONWALKER INTERNATIONAL, INC.'S RESPONSE TO DEFENDANT PLIBRICO COMPANY, LLC'S MOTION FOR MODIFICATION OF ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Fridrikh V. Shrayber