IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBISONWALKER INTERNATIONAL, INC., | Case No. 2:25-cv-01281-AJS |
| Plaintiff, | |
| | Judge Arthur J. Schwab |
| v. | |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Plibrico Company, LLC's Motion for Modification of Order and Plaintiff HarbisonWalker International, Inc's Response thereto, it is hereby ORDERED that Defendant's Motion is DENIED IN PART, and it is FURTHER ORDERED as follows:

In light of the unavailability of the principals of both Plibrico Company, LLC and HarbisonWalker International, Inc., each of those parties shall designate a corporate representative with full settlement authority to attend the September 10, 2025 status conference in person, along with counsel.

BY THE COURT:

_____