IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBISONWALKER INTERNATIONAL, INC., | Case No. 2:25-cv-01281-AJS |
| | Judge Arthur J. Schwab |
| Plaintiff, | |
| v. | |
| ANDREW PETERSHAGEN and PLIBRICO COMPANY, LLC, | |
| Defendants. | |

**PROPOSED ORDER**

AND NOW, upon consideration of Defendant's Motion for Modification of Order (Dkt. No. 46), and for good cause shown, it is hereby ORDERED that:

1. Defendant Plibrico's Motion is granted. The Order dated September 8, 2025 (Dkt. No. 8) is hereby modified to allow for the attendance of Plibrico Company LLC's chief principal Brad Taylor via teleconferencing.

2. That status hearing of September 10, 2025, is stricken and rescheduled to September 11, 2025, at 1:00pm EST.

3. All previous orders stand as previously ordered.

/s/ _____
Arthur J. Schwab
United States District Court Judge

Cc: All ECF Counsel of Record